UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

J'MIN A. WARD,

                Petitioner,

        -against-

P. PICCOLO, Superintendent,

                Respondent.

20-CV-1899 (PMH)

ORDER

PHILIP M. HALPERN, United States District Judge:

       The Clerk of Court shall serve a copy of the Order to Answer (ECF No. 5) on the Attorney General of the State of New York by certified mail to 28 Liberty Street, New York, New York, 10005; and on the District Attorney of Orange County by certified mail to 255-275 Main Street, Goshen, New York 10924.

SO ORDERED.

Dated:   April 22, 2020
           White Plains, New York

                                          PHILIP M. HALPERN
                                          United States District Judge