UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x

J'MIN A. WARD,

                      Petitioner,                **ORDER**

       -against-               20 Civ. 1899 (PMH) (AEK)

P. PICCOLO, *Superintendent*,

                     Respondent.
--------------------------------------------------------------x

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

     Petitioner J'Min A. Ward , proceeding *pro se*, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  In reviewing the filings in this habeas proceeding, the Court has been unable to find any documentation evidencing whether Petitioner has exhausted the claims raised in two New York Criminal Procedure Law § 440.10 motions—one Petitioner filed in either February or March, 2023, *see* ECF Nos. 62, 63 & 66-1 at pgs. 24-42; and one Petitioner filed in either July or September 2023, *see* ECF Nos. 66-1 at pgs. 4-19 & 67.

     **Respondent is hereby ordered to serve and file, by no later than October 24, 2025, copies of any state court filings related to these § 440.10 motions and exhaustion of the claims raised therein.**

     Petitioner is not required to submit anything further to the Court at this time.  Once Respondent has provided the requested information, the Court will, if necessary, issue another order directing a response from Petitioner regarding the specific information that the Court will need from him.

The Clerk of Court is respectfully directed to mail a copy of this order to the *pro se* Petitioner.

Dated: October 10, 2025
        White Plains, New York

**SO ORDERED.**

_____
ANDREW E. KRAUSE
United States Magistrate Judge