UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
J'MIN A. WARD,

                              Petitioner,                    **ORDER**

            -against-                                        20 Civ. 1899 (PMH) (AEK)

P. PICCOLO, *Superintendent*,

                              Respondent.
------------------------------------------------------------x

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

As ordered by the Court, Respondent has filed the state court records related to

Petitioner's New York Criminal Procedure Law § 440.10 motions filed in February 2023 and

July 2023.  *See* ECF No. 71.  Respondent's cover letter states that

> [n]one of the issues raised in the motions was raised in the original
> petition, which was responded to in July, 2020.  As such, Respondent does
> not waive the right to raise all defenses, including any applicable statute of
> limitations defenses and state procedural defaults, in opposition to
> [P]etitioner's claims in the event that the Court directs a further response
> to any of the claims that were raised in [P]etitioner's multiple post-
> judgment motions.

*Id.*

Because Petitioner filed his habeas petition, and Respondent filed his opposition thereto,

before Petitioner filed any of his § 440.10 motions, Respondent never filed any submissions in

this habeas proceeding in response to the claims raised in those § 440.10 motions.  Given

Petitioner's *pro se* status, however, the Court interprets Petitioner's several filings of state court

records related to the § 440.10 motions as indicative of his intent to seek amendment of his

habeas petition to include those claims.  *See* ECF Nos. 54, 55, 56, 58, 59, 60, 62, 63, 66, 67.

Accordingly, the Court hereby orders Respondent to serve and file, **by no later than November**

**17, 2025**, a supplemental opposition brief in which Respondent may "raise all defenses, including any applicable statute of limitations defenses and state procedural defaults," in opposition to Petitioner's claims in all of his § 440.10 motions, including the § 440.10 motion filed in December 2021.[1]  To the extent Respondent's supplemental brief raises any statute of limitations defenses, it should also address the question of "relation back" of any claims raised in Petitioner's § 440.10 motions to the claims raised in the original habeas petition.

Petitioner must serve and file his reply to Respondent's supplement opposition brief **by no later than December 22, 2025**.

The Clerk of Court is respectfully directed to mail a copy of this order to the *pro se* Petitioner.

Dated:  October 27, 2025
　　　　White Plains, New York

**SO ORDERED.**

_____
ANDREW E. KRAUSE
United States Magistrate Judge

---

[1] Respondent notes that Petitioner filed a fourth § 440.10 motion.  *See* ECF No. 71.  In his supplemental opposition brief, Respondent must clarify whether this is the § 440.10 motion that was summarily denied by the County Court on February 3, 2023, due to Petitioner's failure to provide proof of service of the motion papers.  *See* ECF No. 63 at 4-6 (citing pages assigned by the Court's Electronic Case Filing system).  If it is not, then Respondent must serve and file the state court filings related to that § 440.10 motion and also address any defenses related to the claims raised therein by the same November 17, 2025 deadline.