UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

J'MIN A. WARD,

Petitioner,

-against-

P. PICCOLO,

Respondent.

20-CV-01899 (PMH)

ORDER

PHILIP M. HALPERN, United States District Judge:

On July 1, 2026, Petitioner filed Objections (Doc. 85) to the Report and Recommendation entered on June 26, 2026 (Doc. 84). Respondent has not filed any response thereto to date.

The time for Respondent to file a response to Petitioner's Objections is extended, *nunc pro tunc*, to July 27, 2026.

SO ORDERED.

Dated: White Plains, New York
July 20, 2026

PHILIP M. HALPERN
United States District Judge