UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

J'MIN A. WARD.,

Petitioner,

-against-

P. PICCOLO, SUPERINTENDENT.,

Respondent.

20 CIVIL 01899 (PMH)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Opinion and Order dated October 19, 2026, Petitioner's Objections to the Report are overruled, and the Court adopts the Report in its entirety. In light of the above, the Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this Opinion and Order is not taken in good faith, and therefore, IFP status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue); Accordingly, the case is closed.

**Dated:** New York, New York
October 22, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:**

**Deputy Clerk**